UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN MARIE MAEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOMMY J. MAEZ, II, et al.,<br><br>　　　　Defendants. | No.  1:22-cv-00901-BAM<br><br>**ORDER REGARDING PLAINTIFF'S SECOND APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS**<br><br>(Doc. 5) |

Plaintiff Lillian Marie Maez is proceeding pro se in this action.  On July 27, 2022, pursuant to this Court's order, Plaintiff filed a request for leave to proceed *in forma pauperis*, and submitted the affidavit required by 28 U.S.C. § 1915(a).  (Doc. 3.)  The request to proceed *in forma pauperis* was granted on July 29, 2022.[1]  (Doc. 4.)

On August 5, 2022, Plaintiff filed a second request for leave to proceed *in forma pauperis* (Doc. 5).  Plaintiff's second affidavit has made the showing required by section 1915(a).  Given that Plaintiff's initial request to proceed *in forma pauperis* was granted, the Court finds Plaintiff's second request redundant and unnecessary.  The request is therefore DISREGARDED.  Plaintiff continues to proceed *in forma pauperis* in this action.

IT IS SO ORDERED.

　　Dated:  **August 8, 2022**　　　　　　　　　/s/ *Barbara A. McAuliffe*　　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The Court also screened Plaintiff's complaint and granted her leave to amend within thirty (30) days.  (Doc. 4.)

1