UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN MARIE MAEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>TOMMY J. MAEZ, II, et al.,<br><br>    Defendants. | Case No.  1:22-cv-00901-AWI-BAM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION**<br><br>(Docs. 7, 9) |

  Plaintiff Lillian Marie Maez ("Plaintiff"), proceeding pro se and in forma pauperis, initiated this civil action on July 22, 2022. (Doc. 1.)

  On September 8, 2022, the assigned magistrate judge screened Plaintiff's first amended complaint and issued findings and recommendations recommending that (1) Plaintiff's federal claims be dismissed with prejudice, (2) the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims, and (3) Plaintiff's state law claims be dismissed without prejudice.  (Doc. 9.)  Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.*)  No objections have been filed, and the time in which to do so has passed.

  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on September 8, 2022 (Doc. 9) are adopted in full;
2. Plaintiff's federal claims are dismissed with prejudice;
3. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims;
4. Plaintiff's state law claims, if any, are dismissed without prejudice; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __December 1, 2022__                        _____
                                                    SENIOR DISTRICT JUDGE